IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

DANA NICOLE DELANEY,        )
                            )
        Plaintiff,          )
                            )        CIVIL ACTION NO.
        v.                  )        1:15cv136-MHT
                            )            (WO)
PRIDE INDUSTRIES,           )
                            )
        Defendant.          )

OPINION

Pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, plaintiff filed this lawsuit asserting that defendant, her employer, discriminated against her on the basis of disability.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2015.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE